**UNITED CHROMIUM, Incorporated, Plaintiff-Appellee, v. GENERAL MOTORS CORPORATION, The New Departure Manufacturing Company, and The Bassick Company, Defendants-Appellants.**

No. 436.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1936.

For former opinion, see 85 F.(2d) 577.

Drury W. Cooper, Merrell E. Clark, and Allan C. Bakewell, all of New York City, for appellants.

Thomas G. Haight, of Jersey City, N. J., and George F. Scull, Gustave R. Thompson, and Newton A. Burgess, all of New York City, for appellee.

Before MANTON, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Decree reversed.

■

**UNION GUARDIAN TRUST COMPANY, as Trustee of Estate of Merrill B. Mills, Intervener and Appellant, v. B. C. SCHRAM, Receiver of Guardian National Bank of Commerce of Detroit, Appellee.**

No. 6901.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1937.

Lucking, Van Auken & Sprague, of Detroit, Mich., for appellant.

Frank E. Wood, of Cincinnati, Ohio, and William C. Kelly, of Detroit, Mich., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that the decree appealed from in this case be, and the same is, affirmed upon the authority of the opinion in Leslie Ullrich and Laura C. Ullrich v. C. O. Thomas, Receiver of First National Bank-Detroit, 86 F.(2d) 678, decided November 11, 1936.

■

**In the Matter of UNITED SHIPYARDS, Inc., Formerly United Dry Docks, Incorporated, Debtor-Appellee.** *

**In the Matter of the Application of Adolph KAUFMAN, Henry Hetkin, and Ivor B. Clark, as Trustees of Series B—I Mortgage Certificates Issued and Guaranteed by New York Title and Mortgage Company, Petitioners-Appellants.**

No. 185.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1936.

Sylvester & Harris, of New York City (Charles L. Sylvester, of New York City, and Sidney Kaminsky, of Brooklyn, N. Y., of counsel), for appellants.

Rogers & Whitaker, of New York City (Spier Whitaker and John F. Condon, Jr., both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

*Writ of certiorari denied 57 S. Ct. 509, 81 L. Ed. —.